# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> Plaintiff, <br><br> vs. <br><br> **HALEY NEUFELD,** <br><br> Defendant. | **15-po-05226-JTJ** <br> **VIOLATION: 5015656** <br> **Location Code: M13** <br><br> **ORDER** |

Upon motion of the United States and for good cause shown,

IT IS HEREBY ORDERED that Violation Notice 5015656 is DISMISSED, and the outstanding WARRANT is QUASHED

DATED this 17th day of December, 2015.

_____
John Johnston
United States Magistrate Judge